IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALLYSON MAJORS**                                                   **PLAINTIFF**

**VS.**                                 **CAUSE NO.** 3:23-cv-265-KHJ-MTP

**THE CITY OF CANTON, MISSISSIPPI, ET AL.**             **DEFENDANTS**

## NOTICE OF REMOVAL

Municipal Defendants the City of Canton, Mississippi, Rodriquez Brown, Fred Esco, Jr., Les Penn, Tim C. Taylor, Kimberly Banks, and Lafayette E. Wales[1] ("Municipal Defendants")[2], without waiving any objections or defenses, file their Notice of Removal of this action from the Circuit Court of Madison County, Mississippi. In support, Municipal Defendants state as follows:

## NATURE OF THIS LAWSUIT

1. Plaintiff Allyson Majors filed suit in state court on February 09, 2023. *See* Compl., Exhibit "A." Municipal Defendants the City of Canton, Mississippi, Rodriquez Brown, Fred Esco, Jr., Les Penn, Tim C. Taylor, and Lafayette E. Wales were served with process on March 21, 2023. Defendant Kimberly Banks was served with process on or about April 19, 2023.

2. This action arises out of Plaintiff's termination by the City of Canton, Mississippi. *Id.* The complaint includes a federal cause of action, specifically the claim that Plaintiff's rights were violated under the United States Constitution. The suit was brought, in part, under 42 U.S.C. § 1983. *Id.* at ¶31.

---

[1] Defendant Lafayette Wales is incorrectly named as "Lafayette Wells" in the Complaint.
[2] Defendants Eric Gilkey and Daphne Sims have been named as defendants but have not been served with process.

## FEDERAL QUESTION JURISDICTION EXISTS

3.  Civil actions over which district courts have original jurisdiction are removable. 28 U.S.C. § 1441(b). Federal district courts have "original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. As noted above, Plaintiff's complaint alleges violations of the federal Constitution and suit is brought through a federal statute, 42 U.S.C. § 1983.

## SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS

4.  The state law claims alleged in Plaintiff's Complaint "arise out of a common nucleus of operative fact with [the federal claims such that they] 'form part of the same case or controversy under Article III of the United States Constitution.'" *Cornett v. Longois*, 275 F.3d 42 (5th Cir. 2001). As such, this Court has supplemental jurisdiction under 28 U.S.C. Section 1367.

## PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

5.  This notice of removal is timely because Municipal Defendants removed this case within 30-days of being served.

6.  Municipal Defendants have attached a copy of the state court record as Exhibit "B," as required by Local Rule 5.

7.  Contemporaneous with the filing of this notice, and attached as Exhibit "C," Municipal Defendants will file Notice with the Madison County Circuit Clerk in accordance with 28 U.S.C. § 1446. Municipal Defendants also will provide a copy of this notice to Plaintiff's counsel.

- 3 -

CONCLUSION

For these reasons, Municipal Defendants request that this Court proceed with the handling of this case as if it had been originally filed here and that further proceedings in Madison County Circuit Court be terminated.

Dated: April 19, 2023.

                                          Respectfully submitted,

                                        **PHELPS DUNBAR, LLP**

                                        BY:  */s/ Jason T. Marsh*
                                                 G. Todd Butler, MB 102907
                                                 Jason T. Marsh, MB 203986
                                                 4270 I-55 North
                                                 Jackson, Mississippi 39211-6391
                                                 Post Office Box 16114
                                                 Jackson, Mississippi 39236-6114
                                                 Telephone: 601-352-2300
                                                 Telecopier: 601-360-9777
                                                 Email: butlert@phelps.com
                                                          marshj@phelps.com

                                        **ATTORNEYS FOR MUNICIPAL DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Jason T. Marsh, this day filed the foregoing *NOTICE OF REMOVAL* with the Clerk of the Court using the Court's CM/ECF system which provided notice to counsel of record in this matter.

Thereafter, I provided a copy of this Notice to:

Hon. Dewey K. Arthur
P. O. Box 1626
Canton, MS 39046

**MADISON COUNTY CIRCUIT COURT JUDGE**

John W. Christopher, Esq.
4780 I-55 North
LeFleur's Bluff Tower
Suite 100-14
Jackson, MS 39211
john@jchristopherlaw.com

**ATTORNEY FOR PLAINTIFF**

SO CERTIFIED, this the 19th day of April, 2023.

/s/ *Jason T. Marsh*
JASON T. MARSH