# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 29, 2025
Lyle W. Cayce
Clerk

No. 25-60148

ALLYSON MAJORS,

           *Plaintiff—Appellee*,

*versus*

THE CITY OF CANTON, MISSISSIPPI; RODRIQUEZ BROWN, *Individually and in his Official Capacity as Alderman*; FRED ESCO, JR., *Individually and in his Official Capacity as Alderman*; LES PENN, *Individually and in his Official Capacity as Alderman*; TIM C. TAYLOR, *Individually and in his Official Capacity as Alderman*; LAFAYETTE E. WELLS, *Individually and in his Official Capacity as Alderman*; KIMBERLY BANKS, *Individually and in her Official Capacity as Attorney for the City of Canton*,

           *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-265
_____

## JUDGMENT

Before HAYNES, DUNCAN, and RAMIREZ, *Circuit Judges*.

    This cause was considered on the record on appeal and the briefs on file.

No. 25-60148

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Jan 20, 2026**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**